

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2020

**BY EMAIL**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    New Chief of Appeals

Dear Ms. Wolfe,

    As we discussed today, my last day at the U.S. Attorney's Office is March 6, 2020. My successor as Chief of Appeals for the Criminal Division is Won Shin. If you would be so kind as to substitute him as counsel for the Office in every case in which I now appear, and to list him as the default representative of the Office in all new criminal appeals, we would be very grateful. Please let me know if there is anything we can do to facilitate that change. Won's email address is WShin@usa.doj.gov, and his phone number is (212) 637-2226.

    Thank you very much for your consideration.

    Respectfully submitted,

    /s/ Sarah K. Eddy
    Sarah K, Eddy
    Assistant U.S. Attorney
    (212) 637-1033

cc:    Won Shin